IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TACORI MACKRELL**                                                                                          **PLAINTIFF**

v.                                   Case No. 4:20-cv-00536 BSM

**CHRISTOFER REIDMUELLER,**                                                                     **DEFENDANT**
**Jail Administrator/Captain, Faulkner Detention Center**

## ORDER

This case is dismissed without prejudice because Jerome Foster has failed to comply with the order [Doc. No. 3] directing him to pay the full filing fee or apply to proceed *in forma pauperis*. *See* Local Rule 5.5(c)(2). It is certified that an *in forma pauperis* appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 19th day of August, 2020.

_____
UNITED STATES DISTRICT JUDGE